**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>BOBBY GLEN STAFFORD<br><br>3219 MCTAVISH AVE<br>WEST COLUMBIA, SC 29172<br><br><br>DEBTOR | CASE NO: 09-04654/W/3<br><br>(CHAPTER 13)<br><br>TRUSTEE'S NOTICE OF<br>UNCLAIMED DIVIDENDS |

Enclosed from the office of William K. Stephenson, Jr., Trustee for the above referenced case is check number 1005918 in the amount of $3,243.76 representing monies designated as dividends to creditors or debtor refund as follows:

| CREDITOR/PAYEE | CLAIM # | REASON FOR RETURN | AMOUNT |
|---|---|---|---|
| MARGARET STAFFORD<br>1026 BONE HILL RE<br>BLYTHEWOOD, SC 29016 | 23 | Returned Mail | $3,243.76 |

August 20, 2014                                      /s/ William K. Stephenson, Jr.
                                                                William K. Stephenson, Jr., Trustee

* If reason for return is other than those listed, please note reason.

_____

(For Bankruptcy Court Use ONLY)

BANKRUPTCY TRUSEE LEDGER

TITLE:
_____

| DATE | REFERENCE | RECEIVED | DISBURSED | BALANCE |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |